IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM THOMAS PAYNE,
    Plaintiff,

vs.                                     Case No.   3:11cv610/LAC/CJK

DAVID KNOX,
    Defendant.
_____

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 14, 2012. (Doc. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.    This cause is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.    The clerk is directed to close the file.

DONE AND ORDERED this 16th day of March, 2012.

       s/*L.A. Collier*
       LACEY A. COLLIER
       SENIOR UNITED STATES DISTRICT JUDGE

*Case No: 3:11cv610/LAC/CJK*